IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ROBERT JOHN RUCKER, SR.,

    Plaintiff,

v.                                CASE NO. 4:15cv469-RH/CAS

REGIONAL DIRECTOR OF CORIZON
HEALTH CARE, and KIMBERLY CLARK,

    Defendant.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 5, and the objections, ECF No. 6  I have reviewed *de novo* the issues raised by the objections.

As noted in the report and recommendation, the plaintiff has at least three "strikes" under 28 U.S.C. § 1915(g) and has not alleged facts showing that he is in imminent danger of serious physical injury.  The plaintiff cannot proceed *in forma pauperis*.  Accordingly,

    IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "The complaint is dismissed without prejudice." The clerk must close the file.

SO ORDERED on December 14, 2015.

s/Robert L. Hinkle<br>United States District Judge

Case No.   4:15cv469-RH/CAS